BOARD OF EDUCATION OF MAMARONECK UNION FREE SCHOOL DISTRICT, Plaintiff, v ATTORNEY GENERAL OF STATE OF N.Y., Defendant.

In the Matter of RICHARD CANTOR, Appellant, v MAMARONECK UNION FREE SCHOOL DISTRICT et al., Respondents.

Submitted June 26, 2006; decided August 31, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of ARTHUR P. CHURUTI, Appellant, v ELIZABETH M. DEVANE, as Chairperson of the New York State Board of Examiners of Sex Offenders, et al., Respondents.

Submitted June 26, 2006; decided August 31, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous judgment of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). Motion for leave to appeal denied.

In the Matter of the Estate of ANDREAS DROSSOS, Also Known as ANDREW DROSSOS, Deceased. ANGELOS P. ROMAS, Appellant; PATRICE MCDERMAND et al., Respondents.

Submitted July 17, 2006; decided August 31, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.